■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT C. SOMMERS, III, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered February 1, 2008. The judgment

convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.